AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

EASTERN DISTRICT OF MISSOURI

FILED
AUG - 7 2019
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

United States of America
v.
STEVEN TERRY

Defendant(s)

Case No. 4:19 MJ 7312 SPM

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of AUGUST 7, 2019 in the county of St. Louis in the Eastern District of Missouri, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18:922(g)(1) | FELON IN POSSESSION OF A FIREARM |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

❒ Continued on the attached sheet.

TFO Marc Wasem
*Complainant's signature*

TFO Marc Wasem
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/07/2019

*Judge's signature*

City and state: St. Louis, Missouri

Honorable Shirley Padmore Mensah, U.S. Magistrate Judge
*Printed name and title*